IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 01-CR-317-01 |
| : | |
| STEVEN MONDEVERGINE : | |
| : | |

PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the financial penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

ZANE DAVID MEMEGER
United States Attorney

_/s/ Joseph F. Minni_
JOSEPH F. MINNI
Assistant United States Attorney
Pennsylvania Bar ID. No. 53241
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476

Date: 12/10/12